DEBRA WONG YANG
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
DARWIN THOMAS (SBN 80745)
Assistant United States Attorney
    Room 7211 Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2740
    Facsimile: (213) 894-0115
    E-mail: Darwin.Thomas@usdoj.gov

Attorney for United States of America



UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOSEPH R. BANISTER, | ) Civil No. CV 06-870-R |
| Petitioner, | ) STIPULATION OF PARTIES TO |
| | ) DISMISS ACTION; |
| v. | ) |
| | ) [PROPOSED] ORDER |
| UNITED STATES OF AMERICA, | ) |
| | ) Rule 41(a)(1), F.R.C.P. |
| Respondent. | ) |

WHEREAS this action arose as a result of the issuance of an IRS administrative summons on January 19, 2006, to Washington Mutual Bank in connection with the tax matters of petitioner; and

WHEREAS petitioner filed the petition in this matter seeking an order quashing the subject IRS summons; and

WHEREAS the Internal Revenue Service has determined that the subject IRS summons should be withdrawn and has now withdrawn the summons,

STIPULATION

The parties, through their respective counsel of record, hereby stipulate that the instant action is now moot, and that the action may be dismissed pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Respectfully submitted,

DEBRA WONG YANG
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division

DATED: 3/29/06

_____
DARWIN THOMAS
Assistant United States Attorney
Attorneys for United States of America


ROBERT G. BERNHOFT LAW OFFICES

DATED: 3/29/06

_____
ROBERT E. BARNES
Attorney for Petitioner
JOSEPH R. BANISTER

//
//
//
//
//
//

2

O R D E R

Based on the above stipulation of the parties, and GOOD CAUSE APPEARING, IT IS ORDERED that the instant action is dismissed pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: April 3, 2006

HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

3